UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:25-cr- 00266-SI |
|---|---|
| v. | INFORMATION |
| OSMAN YOVANI DOMINGUEZ-CHAVEZ, | 8 U.S.C. § 1326(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Illegal Reentry)**
**(8 U.S.C. § 1326(a))**

On or about January 21, 2025, in the District of Oregon, defendant **OSMAN YOVANI DOMINGUEZ-CHAVEZ**, an alien and citizen of Honduras, was found in the United States, having previously been denied admission, excluded, deported, and removed from the United States on June 10, 2011, and defendant having knowingly and unlawfully re-entered, without the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to his reapplying for admission into the United States from a place outside the United States;

//

//

//

//

In violation of Title 8, United States Code, Section 1326(a).

Dated: June 18, 2025.                    Respectfully submitted,

                                                          WILLIAM M. NARUS
                                                          Acting United States Attorney

                                                          */s/Cassady A. Adams*
                                                          CASSADY ADAMS, CO Bar # 48807
                                                          Assistant United States Attorney